United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-12738-amc
Whitney L. Williams                                                     Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 2          Date Rcvd: Apr 10, 2018
                              Form ID: pdf900         Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 12, 2018.
```
db              +Whitney L. Williams,   7400 Bingham Street,   Philadelphia, PA 19111-3616
13903760       #+Bank Of America,   Nc4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
13903761        +Capital One Na,   Attn: General Correspondence,   Po Box 30285,
                  Salt Lake City, UT 84130-0285
13903762        +Capital One,   Attn: General Correspondence/Bankruptcy,   Po Box 30285,
                  Salt Lake City, UT 84130-0285
13903765        +Chase Card,   Attn: Correspondence Dept,   Po Box 15298,   Wilmington, DE 19850-5298
13917143        +Chrysler Capital,   P.O. Box 961275,   Fort Worth, TX 76161-0275
13903766        +Citibank/The Home Depot,   Citicorp Cr Srvs/Centralized Bankruptcy,   Po Box 790040,
                  S Louis, MO 63179-0040
13903767        +Citicard,   General Correspondence,   Po Box 6500,   Sioux Falls, SD 57117-6500
13903768        +Citizens Bank,   1 Citizens Dr,   Riverside, RI 02915-3000
13903769        +City of Phila. Real Estate Tax,   1515 Arch Street, 15th Floor,   Philadelphia, PA 19102-1504
13903770        +Credit Acceptance,   25505 West 12 Mile Rd,   Suite 3000,   Southfield, MI 48034-8331
13903771        +Equiant Financial Svcs,   5401 N Pima Rd Ste 150,   Scottsdale, AZ 85250-2630
13903772        +Nationstar Mortgage LLC,   8950 Cypress Waters Blvd,   Coppell, TX 75019-4620
13903774        +PGW,   1800 North 9th Street,   Philadelphia, PA 19122-2021
13903776        +Santander Consumer USA,   Po Box 961275,   Fort Worth, TX 76161-0275
13903777        +Shapiro & DeNardo, LLC,   3600 Horizon Drive,   Suite 150,   King of Prussia, PA 19406-4702
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: bankruptcy@phila.gov Apr 11 2018 01:46:50     City of Philadelphia,
                  City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 11 2018 01:46:19
                  Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 11 2018 01:46:48     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              +E-mail/Text: bkteam@selenefinance.com Apr 11 2018 01:46:11
                  MTGLQ Investors, L.P. c/o Selene Finance LP,   9990 Richmond Ave,   Suite 400,
                  Houston, TX 77042-4546
cr              +E-mail/PDF: gecsedi@recoverycorp.com Apr 11 2018 01:47:40     Synchrony Bank,
                  c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
13998617         E-mail/Text: bankruptcy@phila.gov Apr 11 2018 01:46:50     City of Philadelphia,
                  Law Department Tax Unit,   Bankruptcy Group, MSB,   1401 John F. Kennedy Blvd., 5th Floor,
                  Philadelphia, PA 19102-1595
13903764        +E-mail/Text: bk.notifications@jpmchase.com Apr 11 2018 01:46:16     Chase Auto Finance,
                  National Bankruptcy Dept,   201 N Central Ave Ms Az1-1191,   Phoenix, AZ 85004-1071
13972388        +E-mail/Text: bkteam@selenefinance.com Apr 11 2018 01:46:11     MTGLQ Investors, L.P.,
                  c/o Selene Finance LP,   9990 Richmond Ave Ste 400 South,   Houston TX 77042-4546
13903773        +E-mail/Text: bankruptcygroup@peco-energy.com Apr 11 2018 01:46:15     PECO,
                  2301 Market Street,   Philadelphia, PA 19103-1380
13904352        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 11 2018 01:47:50
                  PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
13922558        +E-mail/Text: equiles@philapark.org Apr 11 2018 01:47:11     Philadelphia Parking Authority,
                  701 Market Street Suite 5400,   Philadelphia, PA 19106-2895
13903778        +E-mail/PDF: gecsedi@recoverycorp.com Apr 11 2018 01:47:49     Synchrony Bank/Lowes,
                  Attn: Bankruptcy,   Po Box 956060,   Orlando, FL 32896-0001
                                                                                              TOTAL: 12
```

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
13903763*       +Capital One,   Attn: General Correspondence/Bankruptcy,   Po Box 30285,
                  Salt Lake City, UT 84130-0285
13903775       ##philadelphia parking authority,   2467 grant avenue,   Philadelphia, PA 19114-1004
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: Virginia              Page 2 of 2                   Date Rcvd: Apr 10, 2018
                              Form ID: pdf900             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2018 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Whitney L. Williams dmo160west@gmail.com,
               davidoffenecf@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor   MTGLQ INVESTORS, L.P. bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor   MTGLQ INVESTORS, L.P. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                          TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WHITNEY L. WILLIAMS                                     Chapter 13

                    Debtor                 Bankruptcy No. 17-12738-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ___10th___ day of __April__, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:
WHITNEY L. WILLIAMS

7400 Bingham Street

Philadelphia, PA 19111